FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MEDINA-ARTEAGA,<br><br>Defendant. | No. 1:22-CR-02021-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ORDER STRIKING MOTION HEARING<br><br>**ECF Nos. 158, 159** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 158) and related Motion to Expedite (ECF No. 159). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court modify Special Condition No. 7 to remove the requirement that Defendant participate in a program of GPS monitoring. ECF No. 32. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor,

**HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 159**) is **GRANTED**.

ORDER - 1

2.  Defendant's Motion to Modify Conditions of Release (**ECF No. 158**) is **GRANTED**.

3.  The **Motion Hearing** set for March 17, 2023, at 10:00 AM in Yakima **is STRICKEN.**

4.  **Special Condition Nos. 6 and 7 (ECF No. 32) are STRICKEN.**[1]

5.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 16, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's Motion only requested that Special Condition No. 7 be stricken. However, Special Condition Nos. 6 and 7 operate in conjunction, and one cannot be stricken without the other.

ORDER - 2